IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER HICKOK and
SHANNON HICKOK,

        Plaintiffs,

v.                                                                         No. 15-cv-1020 LAM-SMV

MICHAEL L. BUZAN and
MARIANNE E. BUZAN,

        Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**Date and time**:        February 1, 2016, at 1:30 p.m.

**Matter to be heard**:   Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **February 1, 2016, at 1:30 p.m**.  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1]  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

        **IT IS SO ORDERED.**

                                                   **STEPHAN M. VIDMAR**
                                                 **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time.  Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.