IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER HICKOK and
SHANNON HICKOK,

    Plaintiffs,

v.                                                    No. 15-cv-1020 MV-SMV

MICHAEL L. BUZAN and
MARIANNE E. BUZAN,

    Defendants.

## ORDER SETTING MOTION HEARING

**Location:**         Rio Grande Courtroom
                        Pete V. Domenici United States Courthouse
                        333 Lomas Boulevard Northwest
                        Albuquerque, New Mexico

**Date and time:**     Thursday, September 29, 2016, at 4:00 p.m.

**Matter to be heard:**  Parties' Joint Petition for Approval of the
                                 Settlement of a Minor's Claims [Doc. 33]

      **IT IS ORDERED** that an in-person hearing on is set on the parties' joint motion for approval of a settlement involving a minor. Plaintiffs are granted leave to appear by telephone and must call 505-348-2357 to connect to the proceedings, but their counsel must appear in person. The hearing is set for Thursday, September 29, 2016, at 4:00 p.m. in the Rio Grande Courtroom of the Pete V. Domenici United States Courthouse at 333 Lomas Boulevard Northwest in Albuquerque, New Mexico.

      **IT IS SO ORDERED.**

                                                          **STEPHAN M. VIDMAR**
                                                          **United States Magistrate Judge**